IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Robert Brooks, #216605, ) | C/A No. 6:06-1234-MBS-WMC |
| ) | |
| Plaintiff, ) | |
| ) | **OPINION AND** |
| v. ) | **ORDER** |
| ) | |
| Wantonta Golden, Correctional Officer; ) | |
| Wade Byrd, Lieutenant; Charles Williams, ) | |
| Sgt.; Jonathan Bennett, Sgt.; John Randell, ) | |
| Captain; Florence Mauney, Captain; ) | |
| Richard Bazzel, Warden; Michael Fowler, ) | |
| Grievance Clerk; R.L. Turner, Disciplinary ) | |
| Hearing Officer; sued in their individual ) | |
| and official capacity respectively, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff Robert Brooks is an inmate in the custody of the South Carolina Department of Corrections ("SCDC") and is currently housed at Lieber Correctional Institution. Plaintiff brought the captioned action pursuant to 42 U.S.C. § 1983 to challenge the constitutionality of the conditions of his confinement as well as the disciplinary hearing procedures at Perry Correctional Institution. On February 12, 2007, Plaintiff was moved from Perry Correctional Institution to Lieber Correctional Institution.

This matter is before the court on Plaintiff's motion for permanent injunction filed on August 20, 2007. Plaintiff seeks an injunction against Officer George Goodman, an officer at Lieber Correctional Institution and a non-party to the present action. On August 22, 2007, Defendants filed a response in opposition to Plaintiff's motion for permanent injunction. Plaintiff's motion is wholly unrelated to the present action. Plaintiff makes allegations based on facts unrelated to this action, against an individual who is not a party to this action. To seek the relief requested, Plaintiff

must file a separate and new civil action. As such, Plaintiff's motion for permanent injunction (Entry 53) is **denied** without prejudice.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　s/ Margaret B. Seymour
　　　　　　　　　　　　　　　　　　　Margaret B. Seymour
　　　　　　　　　　　　　　　　　　　United States District Court

Columbia, South Carolina
August 24, 2006